### H. A. TIMBERLAKE v. HENRY HARDEE ET AL.

(Filed 18 September, 1912.)

APPEAL by defendants from same term of court.

*Same counsel as in next preceding case.*

PER CURIAM. On authority of *Hardee v. Timberlake,* next above, this judgment is
Affirmed.